M/D.1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2016 FEB -1  P 1: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Sherman Antwan Broadhead
Full name and prison name of
Plaintiff(s)

v.

Sgt. Kendrick L. Boyd
Sgt. Paul P. Sanders
Lt. Michael T. Winters
Sgt. Curtis J. Nolen

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:16-cv-64-WHA
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N/A

Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county)

N/A

3. Docket number _____
4. Name of judge to whom case was assigned _____
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

*(Items 3–7 crossed out with "N/A")*

II. PLACE OF PRESENT CONFINEMENT Holman Correctional Facility, 3700 Holman, Atmore, AL, 36503

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Draper Correctional Facility, 2828 Alabama Hwy. 143, Elmore, AL, 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sgt. Kendrick L. Boyd | 2828 Alabama Hwy. 143, Elmore, AL, 36025 |
| 2. Sgt. Paul P. Sanders | 2828 Alabama Hwy. 143, Elmore, AL, 36025 |
| 3. Lt. Michael T. Winters | 2828 Alabama Hwy. 143, Elmore, AL, 36025 |
| 4. Sgt. Curtis J. Nolen | 2828 Alabama Hwy. 143, Elmore, AL, 36025 |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 5, 2014

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Assault, Excessive Force, Criminal Negligence

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was assaulted At Draper Correctional Facility Lockup unit on march 5, 2014, Around 11:00 A.m. While I was in handcuff's, by these officer's listed And more who I don't Know names, Kendrick L. Boyd, Paul P. Sanders, Micheael T. Winters, Curtis J. Nolen. They Shocked me with Something And put the leg-Irons on my leg And push my head to the floor, A lot of times And somebody put there finger in my eye trying to pull it out.

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To grant me $350,000 For my damages to my face, eye, nose, head, And Body. And I'm asking the court to put charges on these officer's, So they can't do this Again to me or others Again..

*Sherman Broadhead*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-25-16 .
(Date)

*Sherman Broadhead*
Signature of plaintiff(s)

Sherman A. Broadhead, A.I.S. #246842
Holman Correctional Facility
3700 Holman
Atmore, AL, 36503

Legal mail ""

"Office of The Clerk"
United States District Court
One Church Street, Suite B-110
Montgomery, AL, 36104-4618