### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **SHERMAN ANTWAN BROADHEAD,** ) | |
| **AIS # 246842,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No.:** |
| ) | **2:16-CV-00064-WHA-SRW** |
| **SGT. KENDRICK BOYD, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF APPEARANCE

COMES NOW the undersigned, J. Matt Bledsoe, Assistant Attorney General, and enters his notice of appearance in the above-styled cause as counsel for Kendrick Boyd, Curtis Nolen, Michael Winters, Paul Sanders, Jackie Pettway, Dan'Terrio Scullock, and Edmond Cooper. Counsel's contact information is referenced below.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

 s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Winters, Sanders, Pettway, Scullock, and Cooper

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443
334-353-8400 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Sherman Anton Broadhead
AIS #143344
Kilby Correctional Facility
Post Office Box 150
Mt. Meigs, AL 36057

/s/ MADELINE H. LEWIS
OF COUNSEL