**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
One Church Street, Room B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 19, 2019

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Broadhead v. Boyd et al

Civil Case Number: 2:16-cv-0064-MHT

The above-styled case has been reassigned to Judge W. Harold Albritton, III.

Please note that the case number is now 2:16-cv-00064-MHT.

This new case number should be used on all future correspondence and pleadings in this action.