IN The District Court Of The United States
For The Middle District Of Alabama
Northern Division

Sherman Antwan Broadhead, *
A.I.S. # 246842           *
    Plaintiff,            * Case No. 2:16-CV-504-WHA
                          *
v.                        *
                          *
SGT. Kendrick Boyd, et Al., *
    Defendants.           *

RECEIVED 2019 JUL 17 P 2:15 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT, ALA

## "Notice Of Change Of Address"

Comes Now me Sherman Antwan Broadhead, A.I.S.# 246842, with this Notice, I'm now At Kilby Correctional Facility. For court on this case, I go to court on July 24, 2019, At 2:00 P.M. but I don't know how long I will be here so please send everything to me here At Kilby Correctional Facility, P.O. Box. 150 Mt. Meigs, AL. 36057. until I go back to Limestone Correctional Facility.

I have Sent A true copy of this to:
Madeline H. Lewis
Office of the Attorney General
501 Washington Avenue
Montgomery, AL. 36130

Sherman Broadhead, A.I.S.# 246842
Kilby Correctional Facility
P.O. Box. 150
Mt. Meigs, AL. 36057
*Sherman Broadhead*

Page (1.) End...

Sherman A. Broadhead, A.I.S. #246842
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL, 36057



United States District Court
"Clerk office"
ONE Church Street
Montgomery, AL, 36101

36104-401801