```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

SHERMAN ANTWAN BROADHEAD,  )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
    v.                     )        2:16cv64-MHT
                           )
KENDRICK BOYD, Sgt.,       )
et al.,                    )
                           )
    Defendants.            )

                              ORDER

It is ORDERED that:

(1) This case is set for a bench trial on August 29, 2019, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) Those persons having custody of the plaintiff shall produce him at the scheduled trial.

The clerk of court is DIRECTED to provide a copy of this order to counsel of record, the Transfer Agent for

the ADOC, the U.S. Marshal for the Middle District of Alabama and the Warden of Kilby Correctional Facility.

DONE, this the 26th day of August, 2019.

                                /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE