# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SHERMAN ANTWAN BROADHEAD, ) <br> AIS # 246842, ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> SGT. KENDRICK BOYD, et al., ) <br> ) <br>     Defendants. ) | Case No.: <br> 2:16-CV-00064-WHA-SRW |

## NOTICE TO THE COURT

COME NOW the defendants in the above-styled case and hereby give notice to this Court as follows:

1. The parties to this case agreed to seek court-annexed mediation. The scheduled mediation on Monday, August 26, 2019, before Magistrate Judge Wallace Capel did not take place. The parties, however, continued to work together to arrange for another mediator and retired Circuit Judge William Shashy was available.

2. For the entire afternoon, before retired Circuit Judge William Shashy, both parties engaged in good-faith attempts to mediate. This mediation took place at the Kilby Correctional Facility where all parties participated, and the Plaintiff was present in-person for the duration.

3. As of this writing, negotiations are continuing with Judge Shashy, the counsel for Plaintiff and counsel for the Defendants.

Respectfully submitted this the 27th day of August 2019.

/s/ MADELINE H. LEWIS
MADELINE H. LEWIS* (HIN032)
Assistant Attorney General
Counsel for Defendants
mlewis@ago.state.al.us

/s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendants
mbledsoe@ago.state.al.us
Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130-0152
Office: (334) 242-7300

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will notify all counsel of record.

/s/ MADELINE H. LEWIS
OF COUNSEL