IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERMAN ANTWAN BROADHEAD, ) | |
| AIS # 246842 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:16-CV-00064-MHT-SRW |
| ) | |
| SGT. KENDRICK BOYD, et al., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION IN LIMINE

COMES NOW, the Plaintiff, by and through counsel, Clay M. Phillips of Clay Phillips Law Firm, LLC, and hereby makes this motion for the court to exclude the following evidence from the evidentiary hearing and bench trial:

1. Any evidence of any incidences that involved the Plaintiff that occurred before March of 2014. This includes any disciplinary Reports from any incidences that occurred before March of 2014.

2. Any evidence of any incidences that involved the Plaintiff that occurred after March of 2014 that are unrelated to the incident that occurred on March 5, 2014. This includes any disciplinary Reports from any incidences that occurred after March of 2014.

3. Any evidence of any prior convictions.

There are many reasons why the above evidence should be excluded from the evidentiary hearing and trial. The above evidence is irrelevant as to whether or not the defendants in this case used excessive force on the Plaintiff and/or failed to protect plaintiff against the use of excessive force on March 5, 2014 thereby violating the Plaintiff's Eighth Amendment right

against cruel and unusual punishment. In addition, any probative value provided by the above evidence is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the judge/jury, undue delay, and wasting time.

Therefore, the Plaintiff requests that the Court order that the above evidence be excluded from the evidentiary hearing and trial.

RESPECTFULLY SUBMITTED, this the 27th day of August 2019.

/s/ Clay M Phillips
Clay M Phillips
Counsel for Plaintiff
Clay Phillips Law Firm, LLC
341 Mendel Parkway East
Montgomery, Alabama 36117
(334) 277-8753
clay@clayphillipslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served on the defendant by electronically filing with the Court thru the Court's ECF system on this the 27th day of August 2019.

                                                /s/ Clay M Phillips
                                                Clay M Phillips
                                                Counsel for Plaintiff
                                                Clay Phillips Law Firm, LLC
                                                341 Mendel Parkway East
                                                Montgomery, Alabama 36117
                                                (334) 277-8753
                                                clay@clayphillipslaw.com