**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **SHERMAN ANTWAN BROADHEAD,**    ) | |
| )  | |
|     Plaintiff,     ) | |
| )  | **CIVIL ACTION NO.** |
|     v.     ) | **2:16cv64-MHT** |
| )  | |
| **KENDRICK BOYD, Sgt.,**    ) | |
| **et al.,**    ) | |
| )  | |
|     Defendants.    ) | |

**ORDER**

It is ORDERED that, by 8:00 a.m. on August 29, 2019, defendants are to file a response to plaintiff's motion in limine (doc. no. 110).

DONE, this the 28th day of August, 2019.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**